IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


KYLE CLARK                                                                    PLAINTIFF

v.                                      Case No. 6:25-cv-6032

FRANK BISIGNANO, Commissioner,
Social Security Administration                                                DEFENDANT


## ORDER

Before the Court is the Report and Recommendation filed on November 18, 2025, by the

Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 20.  Judge Ford recommends that Plaintiff's Amended Motion for Attorney's Fees (ECF

No. 18) be granted.  No party has filed objections to the Report and Recommendation, and the

time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon consideration, the Court **ADOPTS**

the Report and Recommendation (ECF No. 20) in its entirety.  Plaintiff's motion (ECF No. 18) is

**GRANTED**, and Plaintiff is awarded attorney's fees in the amount of $8,000.00 and costs in the

amount of $405.00.

**IT IS SO ORDERED**, this 5th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge